IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GORDON B. McDERMOTT | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. |
| THE NATIONAL SHIPPING COMPANY OF SAUDI ARABIA | * | CCB 00-CV-3057 |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER

The parties to this action, by and through their undersigned attorneys, stipulate and agree that Plaintiff Gordon B. McDermott's time for filing an opposition to Defendant's motion to dismiss shall be extended to and including December 11, 2000.

_____
Samuel M. Riley

West & Moore, LLC
409 Washington Avenue, Suite 1010
Baltimore, Maryland 21204
410-296-4655

Attorneys for Plaintiff,
Gordon B. McDermott

_____
Frederick L. Kobb

Wright, Constable & Skeen, L.L.P.
100 N. Charles Street, 16th Floor
Baltimore, Maryland 21201-3812
410-539-5541

Attorneys for Defendant, The National
Shipping Company of Saudi Arabia


SO ORDERED:

_____
United States District Judge