IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GORDON B. MCDERMOTT        :
                           :
    v.                     :        CIVIL NO. CCB-00-3057
                           :
THE NATIONAL SHIPPING COMPANY  :
OF SAUDI ARABIA            :

...oOo...

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. NSCSA's motion to dismiss is **GRANTED**;

2. This case is **CLOSED**; and

3. Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

7/06/01
Date

Catherine C. Blake
United States District Judge

-8-